Don Springmeyer (NV Bar No. 1021)
d.springmeyer@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169
Telephone:    + 1 (702) 385-6000
Facsimile:    + 1 (702) 385-6001

Philip L. Fraietta (Pro Hac Vice)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone:    + 1 (646) 837-7150
Facsimile:    + 1 (212) 989-9163

Counsel for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK THEM INC., a Wyoming Corporation<br><br>Defendant. | Case No.: 2:21-cv-02201-APG-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER**<br><br>Judge: Hon. Andrew P. Gordon |

Plaintiff Megan Jackson ("Plaintiff") and Defendant Check Them, Inc., ("Defendant"), by and through their undersigned counsel of record, hereby agree and stipulate that the deadline by which Defendant must answer or other otherwise respond to the Complaint is extended to February 25, 2022.  This extension is appropriate to allow Defendant's recently retained counsel to review and analyze the Complaint and prepare an appropriate response. This is the parties' first request for an extension

/ / /

/ / /

/ / /

-1-

1  of time and is not intended to cause any undue delay or prejudice any party.

2  Date: January 11, 2022 | Date: January 11, 2022

By: */s/ Don Springmeyer*          .
Don Springmeyer
Philip L. Fraietta (Pro Hac Vice pending)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone:     + 1 (646) 837-7150
Facsimile:     + 1 (212) 989-9163

Don Springmeyer (NV Bar No. 1021)
d.springmeyer@kempjones.com
Michael J Gayan
mjg@kempjones.com
Madison Zornes-Vela
NEED EMAIL
KEMP JONES LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169
Telephone:     + 1 (702) 385-6000
Facsimile:     + 1 (702) 385-6001

Ari J. Scharg*
ascharg@edelson.com
Benjamin Thomassen *
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street
14th Floor
Chicago, IL 60654
Telephone:     + 1 (312) 589-6370
Facsimile:     + 1 (312) 589-6378
* Pro Hac Vice

*Counsel for Plaintiff and the Putative Class*

---

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Brian K. Walters*
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail:  bwalters@grsm.com

*Attorneys for Defendant Check Them Inc.*

---

**ORDER**

IT IS SO ORDERED

DATED: January 12, 2022

_____
UNITED STATES MAGISTRATE JUDGE