UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK THEM, INC., a Wyoming corporation.,<br><br>Defendant. | Case No. 2:21-cv-02201-APG-DJA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

**ORDER EXTENDING BRIEFING DEADLINES**

1. Plaintiff shall have an extension of one week, to March 18 2022 to oppose Defendant's Motion (ECF No. 19),

2. Defendant shall have an extension of 10 days to March 28, 2022 to reply to Plaintiff's Opposition.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: March 10, 2022

1