1  BRIAN K. WALTERS
   Nevada Bar No. 9711
2  GORDON REES SCULLY MANSUKHANI, LLP
   300 So. 4th Street, Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Facsimile: (702) 255-2858
   Email: bwalters@grsm.com

*Attorneys Defendant CHECK THEM, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN JACKSON, individually and on behalf of all others similarly situated, | CASE NO. 2:21-cv-02201-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT CHECK THEM, INC. TO FILE REPLY BRIEF** |
| CHECK THEM, INC., a Wyoming Corporation, | |
| Defendant. | **(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Megan Jackson ("Plaintiff") and Defendant Check Them, Inc. ("Defendant"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to file its Reply in support of its Motion to Dismiss (ECF No. 19), which was filed on February 25, 2022. The parties stipulate and agree that Defendant's Reply shall be due on April 11, 2022. This is the Second Request for an extension related to the briefing on Defendant's Motion to Dismiss.

///
///
///
///
///
///

Good cause exists to grant this Stipulation because the parties have reached a resolution and are currently in the process of memorializing the terms in a formal settlement agreement.

| | |
|---|---|
| DATED this 28th day of March, 2022 | DATED this 28th day of March, 2022 |
| **KEMP JONES, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Michael J. Gayan* | |
| Don Springmeyer, Esq. (NV Bar #1021) | */s/ Brian K. Walters* |
| dspringmeyer@kempjones.com | Brian K. Walters, Esq. |
| Michael J. Gayan, Esq. (NV Bar #11135) | Nevada Bar No. 9711 |
| m.gayan@kempjones.com | 300 So. 4th Street, Suite 1550 |
| Madison Zornes-Vela, Esq. (NV Bar #13626) | Las Vegas, Nevada 89101 |
| m.zornes-vela@kempjones.com | bwalters@grsm.com |
| 3800 Howard Hughes Parkway, 17th Floor | |
| Las Vegas, Nevada 89169 | *Attorneys Defendant CHECK THEM, INC.* |
| *Attorneys for Plaintiff and the Class* | |
| Ari J. Scharg* | |
| ascharg@edelson.com | |
| Benjamin Thomassen* | |
| bthomassen@edelson.com | |
| **EDELSON PC** | |
| 350 North LaSalle Street, 14th Floor | |
| Chicago, Illinois 60654 | |
| ****Pro hac vice* admission to be sought* | |
| Philip L. Fraietta* | |
| pfraietta@bursor.com | |
| **BURSOR & FISHER, P.A.** | |
| 888 Seventh Avenue | |
| New York, New York 10019 | |
| ****Pro hac vice* admission to be sought* | |
| *Attorneys for Plaintiff and the Class* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 30, 2022
2:21-cv-02201-APG-DJA