Don Springmeyer (NV Bar No. 1021)
d.springmeyer@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone: (646) 837-7150

Ari J. Scharg
ascharg@edelson.com
Benjamin Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK THEM, INC., a Wyoming corporation,<br><br>Defendant. | Case No. 2:21-cv-02201-APG-DJA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:21-cv-02201-APG-DJA

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Megan Jackson voluntarily dismisses the above captioned action with prejudice.

Dated: April 8, 2022 　　　　　　　　　　Respectfully submitted,

By: /s/ Don Springmeyer
　　　Don Springmeyer

Don Springmeyer (NV Bar No. 1021)
d.springmeyer@kempjones.com
Michael J Gayan
mjg@kempjones.com
Madison Zornes-Vela
m.zornes-vela@kempjones.com
KEMP JONES LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169
Telephone:　+ 1 (702) 385-6000
Facsimile:　 + 1 (702) 385-6001

Philip L. Fraietta*
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Telephone:　+ 1 (646) 837-7150
Facsimile:　 + 1 (212) 989-9163

Ari J. Scharg*
ascharg@edelson.com
Benjamin Thomassen *
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street
14th Floor
Chicago, IL 60654
Telephone:　+ 1 (312) 589-6370
Facsimile:　 + 1 (312) 589-6378

* *Pro Hac Vice*

*Counsel for Plaintiff and the Putative Class*